USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

JAY GONZALEZ,  :  09 Civ. 5205 (SHS)

       Plaintiff,  :

-against-  :  ORDER

C.O. PEACOCK, *ET AL.*,  :

       Defendants.  :

-----------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    On January 13, 2010, Magistrate Judge Kevin N. Fox issued a Report and Recommendation recommending that this action be dismissed pursuant to Fed. R. Civ. P. 4(m) and 41(b) for failure to prosecute. To date, the Court has received no objections from plaintiff. After a *de novo* review of the Report and Recommendation dated January 13, 2010,

    IT IS HEREBY ORDERED that:

    1.    Magistrate Judge Fox's Report & Recommendation is adopted; and

    4.    This action is dismissed pursuant to Fed. R. Civ. P. 4(m) and 41(b).

Dated: New York, New York
       January 10, 2011

SO ORDERED:

Sidney H. Stein, U.S.D.J.